IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW A. HERZOG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV379 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA STATE SENATES OFFICE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The matter is before the Court on its own motion. The clerk of the court has informed this Court that the complaint (Filing No. 1) is deficient because it is not signed as required by Federal Rule of Civil Procedure 11. Plaintiff must correct this deficiency before this case can proceed.

IT IS ORDERED:

1. The pending complaint (Filing No. 1) is deemed insufficient and the Court will not act upon it.

2. On or before February 3, 2010, plaintiff shall submit an originally signed copy of the complaint, in accordance with Federal Rule of Civil Procedure 11. Plaintiff is warned that failure to comply with this Order may result in dismissal of this case without further notice.

3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text:

February 3, 2010: deadline for plaintiff to submit signed complaint.

    4. No further review of this case shall take place until plaintiff complies with this order.

    DATED this 15th day of January, 2010.

                      BY THE COURT:

                        /s/ Lyle E. Strom

                        _____
                        LYLE E. STROM, Senior Judge
                        UNITED STATES DISTRICT COURT