IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW A. HERZOG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV379 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA STATE SENATES OFFICE, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1. Plaintiff's amended complaint (Filing No. 20) is dismissed without prejudice.

2. All pending motions are denied as moot.

DATED this 29th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
UNITED STATES DISTRICT COURT